FILED08 JUL '11 14:14USDC-ORE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

DR. REVELS CAYTON; GERALD BURKE;
MICHAEL LINDSAY; RC VENTURES
GROUP, LLC; BURK AIRCRAFT LLC; and
LINDSAY ASSETS, LLC,

Civil No. 09-6333-TC

Plaintiffs,

O R D E R

v.

BATTLE CREEK STATE BANK, a Nebraska
corporation; AERO CREDIT CORP., an Oregon
corporation; BRUCE CADY, an individual; and
DOES 1 through 50, inclusive,

Defendants.

Magistrate Judge Coffin filed his Findings and Recommendation on June 13, 2011.

The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No

objections have been timely filed. This relieves me of my obligation to give the factual

findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and

Recommendation.

Order -- Page 1

Dated this _____ day of July, 2011.

_____

Ann Aiken, United States District Judge

Order -- Page 1